United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>WINDSOR HOTEL, et al.,<br>        Defendants.<br>_____/ | No. C 09-2332 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>GREG PICO, et al.,<br>        Defendants.<br>_____/ | No. C 09-2358 PJH (PR) |
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>TAYLOR, et al.,<br>        Defendants.<br>_____/ | No. C 09-2359 PJH (PR) |
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>P. A., et al.,<br>        Defendants.<br>_____/ | No. C 09-2361 PJH (PR) |

```
1  JAMES LYNN O'HINES,
2                Plaintiff,                      No. C 09-2377 PJH (PR)
3    vs.
4  JEFF FREELAND, et al.,
5                Defendants.
6                                       /
```

These civil rights cases were filed by a California prisoner who now is housed in Florence, Arizona. On the day each case was opened the clerk notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. In each case a copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that any case in which he did not either pay the fee or file an IFP application within thirty days would be dismissed.

More than thirty days have passed and plaintiff has not paid the filing fees or filed IFP applications. These cases therefore are **DISMISSED** without prejudice. The clerk shall file a copy of this order in each case listed in the caption above and shall closes the files.

**IT IS SO ORDERED.**

Dated: July 13, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES2332.DSM.wpd

2